# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  01-cr-00013-WYD-01 |
| | USM Number:  30068-013 |
| EARNEST DANIELS JR. | Robert Pepin, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 7/12/05 |

   The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   The defendant has not committed violations 2, 3, and 4 and is discharged as to such violations.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 30, 2006
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

September 12, 2006
Date

DEFENDANT:  EARNEST DANIELS JR.
CASE NUMBER:  01-cr-00013-WYD-01                                                                 Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 13 months.  No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons credit defendant with 35 days spent in official detention prior to revocation of supervised release.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  EARNEST DANIELS JR.
CASE NUMBER:  01-cr-00013-WYD-01                                                     Judgment-Page 3 of 2

By_____
                    Deputy United States Marshal

Case 1:01-cr-00013-WYD   Document 104   Filed 09/12/06   USDC Colorado   Page 3 of 3

DEFENDANT:  EARNEST DANIELS JR.
CASE NUMBER:  01-cr-00013-WYD-01                                                     Judgment-Page 3 of 2